| | |
|---|---|
| Petty Offense ( ) | |
| Misdemeanor ( ) | CRIMINAL COVER SHEET |
| Felony (X) | MIDDLE DISTRICT OF TENNESSEE |
| Juvenile ( ) | NASHVILLE DIVISION |

County of Offense: Davidson

AUSA's NAME: Brent A. Hananfan

Brian Wainstein
Defendant's Name

Unknown
Defendant's Address

Interpreter Needed? ___Yes __X__ No

If Yes, what language? _____

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| One | 21 U.S.C. Sections 841(a)(1) and 846 | Conspiracy to manufacture, possess intent to distribute and to distribute anabolic steroids. | 5 years | $250,000 |
| Two | Title 21, U.S.C., Section 331(e)(1) | Conspiracy to possess and distribute human growth hormone | 10 years | $250,000 |
| Three | Title 18, U.S.C., 545 | Smuggling human growth hormone and misbranded drugs into the United States | 20 years | $250,000 |
| Four | Title 18, U.S.C., 1956(h) | Conspiracy to launder proceeds of unlawful activity | 20 years | $500,000 |
| Five | Title 18, U.S.C., 1956(h) and 1957(a) | Conspiracy to conduct monetary transactions over $10,000 involving criminally derived property | 20 years | $500,000 |

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody?  ( ) Yes  (X) No    If Yes, State or Federal

Has a complaint been filed?  ( ) Yes  (X) No
   If Yes:  Name of Magistrate Judge _____    Case No.: _____
       Was the defendant arrested on the complaint?   ( ) Yes   ( ) No

Has a search warrant been issued?  (X) Yes  ( ) No
   If Yes:  Name of Magistrate Judge  Judge Knowles    Case No.: 08-2007, 08-2008

Was bond set by Magistrate/District Judge:  ( ) Yes  (X) No    Amount of bond: _____

Is this a Rule 20? ( ) Yes  (X) No    To/from what district? _____
Is this a Rule 40? ( ) Yes  (X) No    To/from what district? _____

Is this case related to a pending or previously filed case?    (X) Yes    ( ) No

   What is the related case number: 3:10-000211

   Who is the Magistrate Judge: _____    District Judge: _____

Estimated trial time: 5 days

The Clerk will issue a **Summons** / **Warrant**    (circle one)

Bond Recommendation: None.

Case 3:10-cr-00211   Document 15-1   Filed 06/07/12   Page 1 of 1 PageID #: 44