| Petty Offense | ( ) |
| Misdemeanor | ( ) |
| Felony | (X) |
| Juvenile | ( ) |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

County of Offense: __Davidson__

AUSA's NAME: __Brent A. Hananfan__

Firoz Patel
Defendant's Name

Unknown
Defendant's Address

Interpreter Needed? ___Yes  __X__ No

If Yes, what language?

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| Four | Title 18, U.S.C., 1956(h) | Conspiracy to launder proceeds of unlawful activity | 20 years | $500,000 |
| Five | Title 18, U.S.C., 1956(h) and 1957(a) | Conspiracy to conduct monetary transactions over $10,000 involving criminally derived property | 20 years | $500,000 |

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
|  |  |  |  |

Is the defendant currently in custody?   ( ) Yes  (X) No     If Yes, State or Federal

Has a complaint been filed?   ( ) Yes  (X) No
    If Yes:  Name of Magistrate Judge _____   Case No.: _____
    Was the defendant arrested on the complaint?   ( ) Yes    ( ) No

Has a search warrant been issued?  (X) Yes  ( ) No
    If Yes:  Name of Magistrate Judge __Judge Knowles__   Case No.: __08-2007, 08-2008__

Was bond set by Magistrate/District Judge:  ( ) Yes  (X) No     Amount of bond: _____

Is this a Rule 20? ( ) Yes  (X) No     To/from what district? _____
Is this a Rule 40? ( ) Yes  (X) No     To/from what district? _____

Is this case related to a pending or previously filed case?    (X) Yes    ( ) No

    What is the related case number:  __3:10-000211__

    Who is the Magistrate Judge: _____   District Judge: _____

Estimated trial time:  __5 days__

The Clerk will issue a Summons  / **Warrant**       (circle one)

Bond Recommendation: __None.__